AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   2:21-CV-4700-PBT

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Winner's Circle Ventures, LLC
was received by me on *(date)* November 15, 2021 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ralph Sampson, Jr. - Chief Executive Officer, who is designated by law to accept service of process on behalf of *(name of organization)* Winner's Circle Ventures, LLC on *(date)* November 16, 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 150.00 for travel and $ 0.00 for services, for a total of $ 150.00 .

I declare under penalty of perjury that this information is true.

Date: November 24, 2021

Server's signature

Richard Pannell, Private Process Server
*Printed name and title*

ARMENHYL GROUP LLC
281 North Mason Street, #855
Harrisonburg, Virginia 22802

*Server's address*

Notes:

SUMMONS IN A CIVIL ACTION and COMPLAINT for Civil Action No. 2:21-cv-4700-PBT, UNITED STATES DISTRICT COURT for the EASTERN DISTRICT OF PENNSYLVANIA was executed upon Winner's Circle Ventures, LLC on Tuesday, November 16, 2021 at 2015 Hours at 530 Myrtle Street, Harrisonburg, VA 22802 by delivering a copy of the aforementioned documents to Mr. Ralph Samson, Jr. - Chief Executive Officer of Winner's Circle Ventures, LLC.

Mr. Sampson, Jr., presented as an Black male, approximately 60 years of age, 7 ft, 250, with black and gray hair, brown eyes.

**ARMENHYL**
VA DCJS # 11-16658
PROCESS SERVER | PRIVATE INVESTIGATION | MOBILE NOTARY PUBLIC | SECURITY

866-ARMENHYL | www.armenhyl.com

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN District of PENNSYLVANIA

COURTNEY ANN ALTEMUS
　　　　　　　Plaintiff(s)

v.                                Civil Action No.    2:21-cv-4700-PBT

RALPH SAMPSON, JR., WINNER'S CIRCLE VENUTRES, LLC
　　　　　　　Defendant(s)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
GREGORY R. SELLERS
KLEHR HARRISON HARVEY BRANZBURG LLP
1835 MARKET ST SUITE 1400
PHILADELPHIA, PA 19103

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date:　　　10/26/21　　　　　　　　　　　　　　S/ *Frank Del Campo*
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Clerk or Deputy Clerk



CLERK'S OFFICE
A TRUE COPY
Attest:
Deputy Clerk, U.S. District Court
Eastern District of Pennsylvania
Allentown, PA