IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COURTNEY ANN ALTEMUS,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 21-4700** |
| | : | |
| **WINNER'S CIRCLE** | : | |
| **VENTURES, LLC,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this 28th day of January 2022, upon consideration of Plaintiff's Motion for Default Judgment (ECF No. 6) and Ralph Sampson, Jr. and Winner's Circle Ventures, LLC ("Defendants") failure to appear even after service, **IT IS HEREBY ORDERED AND DECREED** that:

1. Plaintiff's Motion for Default Judgment (ECF No. 6) is **GRANTED**;

2. Defendants are jointly and severally liable to Plaintiff in the amount of $612,530.68, which is comprised of $560,000.00 in principal and $52,530.68 in interest, which continues to accrue at a contractual rate of 6.125% per annum; and

3. Winner's Circle Ventures, LLC is additionally liable to Plaintiff in the amount of $14,967.11 which represents contractually reimbursable collections costs including attorneys' fees, filing fees, process server fees, and postage.

                                                                    **BY THE COURT:**

                                                                      /s/ Petrese B. Tucker

                                                                    **Hon. Petrese B. Tucker, U.S.D.J.**